IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:    (415) 744–6491
FAX:    (415) 744-6476
e-mail:  david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:    (202) 305-0404
FAX:    (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 VRW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [~~PROPOSED~~] ORDER EXTENDING STAY OF PROCEEDINGS |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date:   N/A |
| | Time:   N/A |
| | Hon. Vaughn R. Walker |

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings

1  Plaintiffs Wilderness Society, *et al*., and Defendants United States Department of the Interior, *et al*., submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation issued by this Court on September 28, 2009 [Dkt. #24].

The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settlement negotiations. The Parties represent that those negotiations are ongoing and would be facilitated by an extension of the current stay. Accordingly, the parties hereby stipulate, subject to Court approval, to a further stay of all proceedings for an additional 60 days.

SO STIPULATED:

FOR THE PLAINTIFFS

DATED:  November 23, 2009      /s/ Katherine D. Renshaw
KATHERINE D.RENSHAW
(Admitted *pro hac vice*)
Earthjustice
1625 Massachusetts Ave., N.W.
Suite 702
Washington, D.C.  20036-2212
Tel:     (202) 667-4500
Fax:    (202) 667-2356
E-mail:  krenshaw@earthjustice.org

JAMES S. ANGELL
(Admitted *pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel:     (303) 623-9466
Fax:    (303) 623-8083
E-mail: jangell@earthjustice.org

GREGORY C. LOARIE
(Cal. Bar No. 2151859)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA  94612
Tel:     (510) 550-6700
Fax:    (510) 550-6740
E-mal:  gloarie@earthjustice.org

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings      1

*Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

        AMY R. ATWOOD
        (Admitted *pro hac vice*)
        Center for Biological Diversity
        P.O. Box 11374
        Portland, OR 97211-0374
        Tel:    (503) 283-5474
        Fax:   (503) 283-5528
        E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

        FOR THE DEFENDANTS

DATED: November 23, 2009      IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division

        /s/*David B. Glazer*
        DAVID B. GLAZER
        Natural Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        301 Howard Street, Suite 1050
        San Francisco, California
        Tel:    (415) 744-6491
        Fax:   (415) 744-6476
        E-mail:  David.Glazer@usdoj.gov

        MEREDITH L. FLAX
        Wildlife and Marine Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7369, Ben Franklin Station
        Washington, D.C.  20044-7369
        TEL:   (202) 305-0404
        FAX:  (202) 305-0275
        e-mail:  meredith.flax@usdoj.gov

        *Attorneys for Federal Defendants*

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings        2

[PROPOSED] ORDER

Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is hereby extended, and all proceedings are hereby stayed for an additional 60 days from November 27, 2009.



*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings                                  3

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 23, 2009            /s/*David B. Glazer*
                                     David B. Glazer