IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044-7369
TEL: (202) 305-0404
FAX: (202) 305-0275
e-mail: meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 VRW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING STAY OF PROCEEDINGS |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date: N/A |
| | Time: N/A |
| | Hon. Vaughn R. Walker |

Plaintiffs Wilderness Society, *et al.*, and Defendants United States Department of the Interior, *et al.*, submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation issued by this Court on September 28, 2009 [Dkt. #24] and extended by another 60 days on December 10, 2009 [Dkt. #27].

The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settlement negotiations. The Parties moved to extend that stay [Dkt. #26] in light of ongoing settlement proceedings. The Parties represent that the settlement process is continuing in good faith and would be facilitated by a further extension of the current stay. Accordingly, the parties hereby stipulate, subject to Court approval, to a further stay of all proceedings for an additional 60 days from January 26, 2010.

SO STIPULATED:

FOR THE PLAINTIFFS

DATED: February 2, 2010

/s/ Katherine D. Renshaw
KATHERINE D. RENSHAW
[Concurrence obtained per General Order 45.X]
(Admitted *pro hac vice*)
Earthjustice
1625 Massachusetts Ave., N.W.
Suite 702
Washington, D.C. 20036-2212
Tel: (202) 667-4500
Fax: (202) 667-2356
E-mail: krenshaw@earthjustice.org

JAMES S. ANGELL
(Admitted *pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel: (303) 623-9466
Fax: (303) 623-8083
E-mail: jangell@earthjustice.org

GREGORY C. LOARIE
(Cal. Bar No. 2151859)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA 94612
Tel: (510) 550-6700
Fax: (510) 550-6740
E-mal: gloarie@earthjustice.org

*Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

AMY R. ATWOOD
(Admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (503) 283-5474
Fax: (503) 283-5528
E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

FOR THE DEFENDANTS

DATED: February 2, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: David.Glazer@usdoj.gov

MEREDITH L. FLAX
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C. 20044-7369
TEL: (202) 305-0404
FAX: (202) 305-0275
e-mail: meredith.flax@usdoj.gov

| | |
|---|---|
| 1 | <u>ATTORNEY ATTESTATION OF CONCURRENCE</u> |
| 2 | I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' coun- |
| 3 | sel indicated by a "conformed" signature ("/s/") within this e-filed document. |

Dated:  February 2, 2010     <u>/s/*David B. Glazer*</u>
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:     (415) 744-6491
Facsimile:       (415) 744-6476
E-mail:  <u>david.glazer@usdoj.gov</u>

[~~PROPOSED~~] ORDER

Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is hereby extended, and all proceedings are hereby stayed for an additional 60 days from January 26, 2010.



_____
Judge

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings        4

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2010 /s/*David B. Glazer*
                                                    David B. Glazer