1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  DAVID B. GLAZER (D.C. 400966)
   Natural Resources Section
4  Environment & Natural Resources Division
   United States Department of Justice
5  301 Howard Street, Suite 1050
   San Francisco, California  94105
6  TEL:    (415) 744–6491
   FAX:   (415) 744-6476
7  e-mail:  david.glazer@usdoj.gov
   MEREDITH L. FLAX (D.C. 468016)
8  Wildlife and Marine Resources Section
   Environment & Natural Resources Division
9  United States Department of Justice
   P.O. Box 7369, Ben Franklin Station
10 Washington, D.C.  20044-7369
   TEL:    (202) 305-0404
11 FAX:   (202) 305-0275
   e-mail:  meredith.flax@usdoj.gov
12

13 Attorneys for Federal Defendant

14

15                    UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19 THE WILDERNESS SOCIETY, *et al.*,            No. 3:09-cv-03048 VRW

20        Plaintiffs,                           STIPULATION OF THE PARTIES AND
                                                [PROPOSED] ORDER EXTENDING STAY OF
21        v.                                    PROCEEDINGS

22 U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

23        Defendants.                           Date:   N/A

24                                              Time:   N/A

25
                                                Hon. Vaughn R. Walker
26

27

28

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings

1    Plaintiffs Wilderness Society, *et al*., and Defendants United States Department of the Interior, *et*

2  *al*., submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation

3  issued by this Court on September 28, 2009 [Dkt. #24] and extended by another 60 days on

4  December 10, 2009 [Dkt. #27].

5    The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settle-

6  ment negotiations.  The Parties moved to extend that stay [Dkt. #26] in light of ongoing settlement pro-

7  ceedings.  The Parties represent that the settlement process is continuing in good faith and would be fa-

8  cilitated by a further extension of the current stay.  Accordingly, the parties hereby stipulate, subject to

9  Court approval, to a further stay of all proceedings for an additional 60 days from January 26, 2010.

10 SO STIPULATED:

11                                                    FOR THE PLAINTIFFS

12 DATED:  February 2, 2010                /s/ Katherine D. Renshaw
                                                        KATHERINE D.RENSHAW
13                                                   [Concurrence obtained per General Order 45.X]
                                                        (Admitted *pro hac vice*)
14                                                   Earthjustice
                                                        1625 Massachusetts Ave., N.W.
15                                                   Suite 702
                                                        Washington, D.C.  20036-2212
16                                                   Tel:    (202) 667-4500
                                                        Fax:    (202) 667-2356
17                                                   E-mail:  krenshaw@earthjustice.org
18
                                                        JAMES S. ANGELL
19                                                   (Admitted *pro hac vice*)
                                                        Earthjustice
20                                                   1400 Glenarm Place, Suite 300
                                                        Denver, CO 80202
21                                                   Tel:    (303) 623-9466
                                                        Fax:    (303) 623-8083
22                                                   E-mail:  jangell@earthjustice.org
                                                        GREGORY C. LOARIE
23                                                   (Cal. Bar No. 2151859)
                                                        Earthjustice
24                                                   426 17th Street, 6th Floor
                                                        Oakland, CA  94612
25                                                   Tel:    (510) 550-6700
                                                        Fax:    (510) 550-6740
26                                                   E-mal:  gloarie@earthjustice.org
27
28 *Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
   Stipulation of the Parties and Proposed Order Extending Stay of Proceedings                    1

1

2   *Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Bio-logical Diversity; Defenders of Wildlife; Great Old Broads for Wil-derness; Klamath-Siskiyou Wildlands Center; National Parks Con-servation Association; National Trust for Historic Preservation; Nat-ural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

3

4

5       AMY R. ATWOOD

6       (Admitted *pro hac vice*)
        Center for Biological Diversity

7       P.O. Box 11374
        Portland, OR 97211-0374

8       Tel:    (503) 283-5474
        Fax:    (503) 283-5528

9       E-mail: atwood@biologicaldiversity.org

10
        *Counsel for Plaintiffs, Center for Biological Diversity; The Wilder-ness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

11

12

13      FOR THE DEFENDANTS

14  DATED:  February 2, 2010       IGNACIA S. MORENO
                                   Assistant Attorney General
15                                 Environment & Natural Resources Division

16                                 /s/*David B. Glazer*
                                   DAVID B. GLAZER
17                                 Natural Resources Section
                                   Environment & Natural Resources Division
18                                 United States Department of Justice
                                   301 Howard Street, Suite 1050
19                                 San Francisco, California
                                   Tel:    (415) 744-6491
20                                 Fax:    (415) 744-6476
                                   E-mail:  David.Glazer@usdoj.gov
21
                                   MEREDITH L. FLAX
22                                 Wildlife and Marine Resources Section
                                   Environment & Natural Resources Division
23                                 United States Department of Justice
                                   P.O. Box 7369, Ben Franklin Station
24                                 Washington, D.C.  20044-7369
                                   TEL:    (202) 305-0404
25                                 FAX:    (202) 305-0275
                                   e-mail:  meredith.flax@usdoj.gov
26

27

28  *Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
    Stipulation of the Parties and Proposed Order Extending Stay of Proceedings            2

1

ATTORNEY ATTESTATION OF CONCURRENCE

2        I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' coun-

3    sel indicated by a "conformed" signature ("/s/") within this e-filed document.

4

5

6    Dated:  February 2, 2010

/s/*David B. Glazer*
DAVID B. GLAZER
7        Natural Resources Section
    Environment and Natural Resources Division
8        United States Department of Justice
    301 Howard Street, Suite 1050
9        San Francisco, California  94105
    Telephone:    (415) 744-6491
10       Facsimile:    (415) 744-6476
    E-mail:  david.glazer@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Extending Stay of Proceedings                    3

1

[~~PROPOSED~~] ORDER

2

3        Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having

4    been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is here-

5    by extended, and all proceedings are hereby stayed for an additional 60 days from January 26, 2010.

6

7

8

9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
     Stipulation of the Parties and Proposed Order Extending Stay of Proceedings                    4

1

CERTIFICATE OF SERVICE

2              I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of

3      record through the Court's electronic service system.

4

5

6

7              I declare under penalty of perjury that the foregoing is true and correct.

8

9

10     Dated:  February 2, 2010                          /s/*David B. Glazer*
                                                              David B. Glazer
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     *Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
       Stipulation of the Parties and Proposed Order Extending Stay of Proceedings          5