IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:    (415) 744–6491
FAX:    (415) 744-6476
e-mail:  david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:    (202) 305-0404
FAX:    (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 VRW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [PROPOSED] ORDER FURTHER EXTEND-ING STAY OF PROCEEDINGS |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date:   N/A |
| | Time:   N/A |
| | Hon. Vaughn R. Walker |

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings

Plaintiffs Wilderness Society, *et al.*, and Defendants United States Department of the Interior, *et al.*, submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation issued by this Court on September 28, 2009 [Dkt. #24] and extended by additional periods of 60 days each on December 10, 2009 [Dkt. #27], and February 4, 2010 [Dkt. #33].

The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settlement negotiations. The Parties requested that the Court extend that stay [Dkt. ##26, 32] in furtherance of those settlement proceedings.

Since that time, the parties have met face-to-face and by video-conference to discuss options for resolving this case without litigation. The parties have agreed to a further exchange of information in April and have scheduled another meeting for that month. The parties believe that a further stay would assist the progress of these negotiations.

Accordingly, the parties hereby stipulate, subject to Court approval, to a further stay of all proceedings for an additional 120 days from March 29, 2010.[1]

SO STIPULATED:

                                               FOR THE PLAINTIFFS

DATED: March 25, 2010          /s/ Katherine D. Renshaw
                                               KATHERINE D.RENSHAW
                                               [Concurrence obtained per General Order 45.X]
                                               (Admitted *pro hac vice*)
                                               Earthjustice
                                               1625 Massachusetts Ave., N.W.
                                               Suite 702
                                               Washington, D.C.  20036-2212
                                               Tel:    (202) 667-4500
                                               Fax:   (202) 667-2356
                                               E-mail:  krenshaw@earthjustice.org

                                               JAMES S. ANGELL
                                               (Admitted *pro hac vice*)
                                               Earthjustice

---

[1] A hearing on the motion to intervene filed by Edison Electric Institute, *et al*. [Dkt. #28] has been reset by the Court for July 1, 2010 [Dkt. #34].

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings         1

1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel:  (303) 623-9466
Fax:  (303) 623-8083
E-mail: jangell@earthjustice.org
GREGORY C. LOARIE
(Cal. Bar No. 2151859)
Earthjustice
426 17th Street, 6th Floor
Oakland, CA  94612
Tel:  (510) 550-6700
Fax:  (510) 550-6740
E-mal: gloarie@earthjustice.org

*Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

AMY R. ATWOOD
(Admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel:  (503) 283-5474
Fax:  (503) 283-5528
E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

FOR THE DEFENDANTS

DATED: March 25, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail: David.Glazer@usdoj.gov

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings      2

MEREDITH L. FLAX
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:   (202) 305-0404
FAX:   (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  March 25, 2010                    /s/*David B. Glazer*
                                          DAVID B. GLAZER
                                          Natural Resources Section
                                          Environment and Natural Resources Division
                                          United States Department of Justice
                                          301 Howard Street, Suite 1050
                                          San Francisco, California  94105
                                          Telephone:    (415) 744-6491
                                          Facsimile:    (415) 744-6476
                                          E-mail:  david.glazer@usdoj.gov

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings          3

## [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is hereby extended, and all proceedings are hereby stayed for an additional 120 days from March 29, 2010.

Date: 3/30/2010



_____
HON. VAUGHN R. WALKER
United States District Chief Judge

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings            4

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system and by U.S. Mail, postage prepaid, on the following counsel:

    James S. Angell, Esq.

    Shute Mihaly & Weinberger

    612 Old Santa Fe Trail, Suite B

    Santa Fe, New Mexico 87501

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 25, 2010                /s/*David B. Glazer*
                                                  David B. Glazer