IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:   (202) 305-0404
FAX:   (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 VRW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [PROPOSED] ORDER FURTHER EXTENDING STAY OF PROCEEDINGS |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date:  N/A |
| | Time:  N/A |
| | Hon. Vaughn R. Walker |

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings

1  Plaintiffs Wilderness Society, *et al*., and Defendants United States Department of the Interior, *et al*., submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation issued by this Court on September 28, 2009 [Dkt. #24] and extended by additional periods of 60 days each on December 10, 2009 [Dkt. #27] and February 4, 2010 [Dkt. #33], and for an additional 120 days on March 30, 2010 [Dkt. #36].

The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settlement negotiations. The Parties requested that the Court extend that stay [Dkt. ##26, 32, 35] in furtherance of those settlement proceedings.

Since that time, the parties have continued to make progress towards resolving this case without litigation. The parties believe that a further stay would assist the progress of those negotiations.

Accordingly, the parties hereby stipulate, subject to Court approval, to a further stay of all proceedings for an additional 120 days from July 27, 2010.[1]

SO STIPULATED:

                        FOR THE PLAINTIFFS

DATED: July 23, 2010      */s/James S. Angell*
                                    JAMES S. ANGELL
                                    (Admitted *pro hac vice*)
                                    Earthjustice
                                    1400 Glenarm Place, Suite 300
                                    Denver, CO 80202
                                    Tel:    (303) 623-9466
                                    Fax:   (303) 623-8083
                                    E-mail:  jangell@earthjustice.org

                                    GREGORY C. LOARIE
                                    (Cal. Bar No. 2151859)
                                    Earthjustice
                                    426 17th Street, 6th Floor
                                    Oakland, CA  94612
                                    Tel:    (510) 550-6700
                                    Fax:   (510) 550-6740
                                    E-mal:  gloarie@earthjustice.org

---

[1] A hearing on the motion to intervene filed by Edison Electric Institute, *et al*. [Dkt. #28] has been reset by the Court for August 12, 2010 [Dkt. Entry of June 7, 2010]. The Federal Defendants have since filed a statement of non-opposition to that motion [Dkt. #39], and the Plaintiffs have filed a similar statement [Dkt. #40].

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings          1

*Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

AMY R. ATWOOD
(Admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel:   (503) 283-5474
Fax:   (503) 283-5528
E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

FOR THE DEFENDANTS

DATED:  July 23, 2010          IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

*/s/David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:   (415) 744-6491

Fax:   (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

MEREDITH L. FLAX
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:   (202) 305-0404
FAX:   (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings              2

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  July 23, 2010                                      /s/*David B. Glazer*
                                                           DAVID B. GLAZER
                                                           Natural Resources Section
                                                           Environment and Natural Resources Division
                                                           United States Department of Justice
                                                           301 Howard Street, Suite 1050
                                                           San Francisco, California  94105
                                                           Telephone:     (415) 744-6491
                                                           Facsimile:     (415) 744-6476
                                                           E-mail:  david.glazer@usdoj.gov

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings            3

1 [PROPOSED] ORDER

3   Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is hereby extended, and all proceedings are hereby stayed for an additional 120 days from July 27, 2010.



_____
HON. JOHN R. WALKER
United States District Chief Judge

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings       4

## CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 23, 2010                           /s/*David B. Glazer*
                                                David B. Glazer