IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:    (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:    (202) 305-0404
FAX:   (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 VRW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [PROPOSED] ORDER FURTHER EXTENDING STAY OF PROCEEDINGS |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date:   N/A |
| | Time:   N/A |
| | Hon. Vaughn R. Walker |

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings

Plaintiffs Wilderness Society, *et al*., and Defendants United States Department of the Interior, *et al*., submit this Stipulation and Proposed Order seeking an extension of the 60-day stay of litigation issued by this Court on September 28, 2009 [Dkt. #24] and extended by additional periods of 60 days each on December 10, 2009 [Dkt. #27] and February 4, 2010 [Dkt. #33], and for an additional 120 days each on March 30, 2010 [Dkt. #36] and July 27, 2010 [Dkt. #42].

The Parties jointly moved for a stay of proceedings [Dkt. #23] in order to accommodate settlement negotiations. The Parties requested that the Court extend that stay [Dkt. ##26, 32, 35, 41] in furtherance of those settlement proceedings.

Since that time, the parties have continued to make progress towards resolving this case without litigation. The parties believe that a further stay would assist the progress of those negotiations.

Accordingly, the parties hereby stipulate, subject to Court approval, to a further stay of all proceedings for an additional 90 days from November 26, 2010.

SO STIPULATED:

|  | FOR THE PLAINTIFFS |
|---|---|
| DATED:  November 23, 2010 | */s/James S. Angell* <br> JAMES S. ANGELL <br> (Admitted *pro hac vice*) <br> Earthjustice <br> 1400 Glenarm Place, Suite 300 <br> Denver, CO 80202 <br> Tel:     (303) 623-9466 <br> Fax:    (303) 623-8083 <br> E-mail:  jangell@earthjustice.org |
|  | GREGORY C. LOARIE <br> (Cal. Bar No. 2151859) <br> Earthjustice <br> 426 17th Street, 6th Floor <br> Oakland, CA  94612 <br> Tel:     (510) 550-6700 <br> Fax:    (510) 550-6740 <br> E-mal:   gloarie@earthjustice.org |
|  | *Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association;* |

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings          1

*Sierra Club; Southern Utah Wilderness Alliance; Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

AMY R. ATWOOD
(Admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel:   (503) 283-5474
Fax:   (503) 283-5528
E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

FOR THE DEFENDANTS

DATED:  November 23, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Meredith L. Flax*
MEREDITH L. FLAX
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:   (202) 305-0404
FAX:   (202) 305-0275
E-mail:  meredith.flax@usdoj.gov

DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:   (415) 744-6491
Fax:   (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings                    2

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  November 23, 2010                     /s/ *Meredith L. Flax*
                                                       MEREDITH L. FLAX
                                                       Wildlife and Marine Resources Section
                                                       Environment & Natural Resources Division
                                                       United States Department of Justice
                                                       P.O. Box 7369, Ben Franklin Station
                                                       Washington, D.C.  20044-7369
                                                       TEL:   (202) 305-0404
                                                       FAX:   (202) 305-0275
                                                       E-mail:  meredith.flax@usdoj.gov

## [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation to Extend Stay of Proceedings, good cause having been shown, it is hereby ORDERED that the stay of proceedings issued on September 28, 2009, is hereby extended, and all proceedings are hereby stayed ~~for an additional 90 days from November 26, 2010.~~ **until March 1, 2011 or such time as the parties advise the court that they have reached an agreed upon disposition.**



_____
HON. ~~VAUGHN R. WALKER~~
United States District Judge

Date: November 29, 2010

*Wilderness Soc'y, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 VRW
Stipulation of the Parties and Proposed Order Further Extending Stay of Proceedings        4

CERTIFICATE OF SERVICE

I, Meredith L. Flax, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 23, 2010              */s/ Meredith L. Flax*
                                        Meredith L. Flax