IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> EDISON ELECTRIC INSTITUTE, AMERICAN PUBLIC POWER ASSOCIATION, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, AMERICAN GAS ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, AND NATIONAL ASSOCIATION OF MANUFACTURERS, <br><br> Proposed Intervenor-Defendants. | No. 3:09-cv-03048-VRW <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO INTERVENE <br><br> *GRANTED* — Judge James Ware <br> 3/9/2011 |

In light of the parties' non-opposition,

The motion of Edison Electric Institute, American Public Power Association, National Rural Electric Cooperative Association, American Gas Association, Chamber of Commerce of the United States of America, and National Association of Manufacturers to intervene of right under Federal Rule of Civil Procedure 24(a)(2) is hereby GRANTED in all phases of all claims raised in the First Amended Complaint, with the exception of Plaintiffs' claims alleging violation of the National Environmental Policy Act ("NEPA"), on which intervention of right is granted in any remedy phase of this case;

And it is further ordered that the motion of Edison Electric Institute, American Public Power Association, National Rural Electric Cooperative Association, American Gas Association, Chamber of Commerce of the United States of America, and National Association of Manufacturers for

1 | permissive intervention under Federal Rule of Civil Procedure is hereby GRANTED with respect to
2 | the merits phase of Plaintiffs' NEPA claims.

Dated: March 9, 2011

James Ware
United States Chief District Judge