**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al., | NO. C 09-03048 JW |
| Plaintiffs, v. | **ORDER GRANTING IN PART PARTIES' STIPULATION FURTHER EXTENDING STAY OF PROCEEDINGS** |
| United States Dep't of Interior, et al., | |
| Defendants. | |

Presently before the Court is a Stipulation of the Parties Further Extending Stay of Proceedings. (hereafter, "Stipulation," Docket Item No. 50.) The Court has issued five Orders in this case extending the stay of proceedings that has been in place since September 28, 2009.[1] The parties seek to extend the most recent extension of the stay, which expired on March 1, 2011, for an additional 150 days. (Stipulation at 1.)

Upon review, the Court finds good cause to extend the stay for purposes of completing a settlement between the parties.[2] However, as this case has been stayed for over two years, the Court finds that an extended stay is no longer effective.

---

[1] (See Docket Item Nos. 24, 27, 33, 36, 42 and 44.)

[2] On April 28, 2011, Intervenor-Defendants filed a Response to the parties' Stipulation indicating that they were not opposed to a renewed stay but objected to continuing settlement discussions without their involvement. (See Docket Item No. 51.) Thus, the parties shall make every effort to include Intervenor-Defendants in further settlement discussions to the extent that those discussions implicate the interests of Intervenor-Defendants.

Accordingly, the Court GRANTS in part the parties' Stipulation as follows:

(1) The stay of proceedings is extended until **June 20, 2011**;

(2) On **June 20, 2011 at 10 a.m.**, the Court will conduct a Status Conference re: Settlement.

(3) On or before **June 10, 2011**, the parties shall file a Joint Status Conference Statement which provides the Court with an update on settlement discussions including whether the parties have reached an agreement. If an agreement has not been reached the parties shall include in their Statement a good faith proposed schedule as to how this case should proceed.

Dated: May 2, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
David Bernard Glazer david.glazer@usdoj.gov
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated:  May 2, 2011**                                         **Richard W. Wieking, Clerk**

                                                                **By:     /s/ JW Chambers**
                                                                        **Susan Imbriani**
                                                                        **Courtroom Deputy**