**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>United States Dep't of Interior, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | NO. C 09-03048 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING STATUS CONFERENCE RE. SETTLEMENT** |

　　　　This case is scheduled for a Case Management Conference on August 29, 2011. On August 19, 2011, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 56.) In their Joint Statement, the parties inform the Court that they have reached all substantive terms of a proposed settlement agreement, and are nearing resolution of the final issue of attorney fees. (Id. at 2.) Further, the parties provide a proposed schedule for dispositive motions, should the settlement fail to finalize. (Id. at 2-3.)

　　　　In light of the parties contentions regarding impending settlement, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Court VACATES the August 29 Conference and sets a Status Conference Re. Settlement for **November 7, 2011 at 10 a.m.** On or before **October 28, 2011**, the parties shall file a Stipulated Dismissal or a Joint Status Statement in lieu of the dismissal. In their Joint Statement, the parties shall update the Court on the

status of settlement discussions.  If the parties require additional time to reduce their settlement into a writing, the parties shall specify the additional time needed.

The Court otherwise adopts the parties' proposed schedule for their Cross-Motions for Summary Judgment and sets **September 17, 2012 at 9 a.m.** as the hearing on those Motions.

Dated:  August 23, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated:  August 23, 2011**                               **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers            **
                                                                 **Susan Imbriani**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California