IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al., | NO. C 09-03048 JW |
| Plaintiffs, <br> v. | **ORDER CONTINUING STATUS CONFERENCE RE. SETTLEMENT** |
| United States Dep't of Interior, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference on November 7, 2011. On October 28, 2011, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and duly submitted a Joint Status Report. (See Docket Item No. 58.) In their Joint Status Report, the parties inform the Court that they have "agreed on all terms of a settlement in principle, including attorneys' fees, and have jointly drafted a proposed Settlement Agreement." (Id. at 1.) Further, the parties contend that "another 60 days may be required" to obtain necessary approvals from "officials at the several defendant agencies and from the Assistant Attorney General for the Environment and Natural Resources Division."[1] (Id.)

---

[1] In the Joint Status Report, the parties also "request that their obligation to answer the complaint (currently due October 28, 2011) be stayed until January 13, 2012, if the case has not been dismissed pursuant to the proposed Settlement Agreement by that time." (Id.) However, because the parties did not request this stay until October 28, 2011, the date on which Defendants' "obligation to answer the complaint" was "due," the Court DENIES as moot this request.

In light of the parties' contentions regarding their agreement on a settlement in principle, the Court finds that a Status Conference is not necessary at this time.  Accordingly, the Court CONTINUES the Status Conference Re. Settlement to **January 23, 2012 at 10 a.m.**  On or before **January 13, 2012**, the parties shall file a Stipulated Dismissal or a Joint Status Statement in lieu of the dismissal.  In their Joint Statement, the parties shall update the Court on the status of settlement approvals.  If the parties require additional time to have their settlement approved, the parties shall specify the additional time needed.

Dated:  November 2, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated: November 2, 2011**                              **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**