IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al., | NO. C 09-03048 JW |
| Plaintiffs, <br> v. | **ORDER CONTINUING STATUS CONFERENCE RE. SETTLEMENT** |
| United States Dep't of Interior, et al., | |
| Defendants. / | |

This case is scheduled for a Status Conference on January 23, 2012. On January 13, 2012, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and duly submitted a Joint Status Report. (See Docket Item No. 60.) In their Joint Status Report, the parties inform the Court that "necessary approvals" for their settlement have been obtained from certain government agencies, and that approval from the United States Department of Agriculture and the United States Forest Service "is expected shortly." (Id. at 1.) Further, the parties contend that once that approval is obtained, the "Settlement Agreement will be reviewed by the Assistant Attorney General for the Environment and Natural Resources Division of the Department of Justice," which should require "two to four weeks." (Id.)

In light of the parties' contentions regarding their agreement on a settlement and the ongoing approval process of that settlement, the Court finds that a Status Conference is premature time. Accordingly, the Court CONTINUES the Status Conference Re. Settlement to **April 2, 2012 at 10 a.m.** On or before **March 23, 2012**, the parties shall file a Stipulated Dismissal or a Joint Status

Statement in lieu of the dismissal. In their Joint Statement, the parties shall update the Court on the status of settlement approvals. If the parties require additional time to have their settlement approved, the parties shall specify the additional time needed.

Dated: January 18, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated: January 18, 2012**     **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
    **Susan Imbriani**
    **Courtroom Deputy**

United States District Court
For the Northern District of California