IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:    (415) 744–6491
FAX:    (415) 744-6476
e-mail:  david.glazer@usdoj.gov
MEREDITH L. FLAX (D.C. 468016)
Wildlife and Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7369, Ben Franklin Station
Washington, D.C.  20044-7369
TEL:    (202) 305-0404
FAX:    (202) 305-0275
e-mail:  meredith.flax@usdoj.gov

Attorneys for Federal Defendant

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | No. 3:09-cv-03048 JW |
| Plaintiffs, | STIPULATION OF THE PARTIES AND [PROPOSED] ORDER CONTINUING APRIL 2, 2012 STATUS CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | Date:    April 2, 2012 |
| | Time:   10:00 a.m. |
| | Hon. James Ware |

*Wilderness Society, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 JW
Stipulation and Proposed Order Continuing April 2, 2012 Status Conference

Plaintiffs Wilderness Society, *et al.*, Federal Defendants United States Department of the Interior, *et al.*, and Intervenor-Defendants Edison Electric Institute, *et al.* submit this Stipulation and Proposed Order requesting a short continuance of the status conference currently set for April 2, 2012, at 10:00 a.m., by Order of January 18, 2012 [Dkt. #61].

In support of this Stipulation and Proposed Order, the counsel for the Federal Defendants represents that he will be undergoing surgery the week of March 27 and has been informed by his surgeon that he will need up to three weeks to recover. Declaration of David B. Glazer ¶ 2. It would therefore be physically impossible to attend the April 2, 2012 status conference. *Id*.

Accordingly, the parties stipulate, subject to Court approval, that the April 2, 2012 status conference may be continued to April 23, or such other time as may be convenient for the Court.

Previous extensions of time or continuances are outlined in Paragraphs 3 through 5 of the Glazer Declaration.

SO STIPULATED:

|  | FOR THE PLAINTIFFS |
|---|---|
| DATED: March 6, 2012 | */s/James S. Angell*<br>JAMES S. ANGELL<br>(Admitted *pro hac vice*)<br>Earthjustice<br>1400 Glenarm Place, Suite 300<br>Denver, CO 80202<br>Tel:   (303) 623-9466<br>Fax:   (303) 623-8083<br>E-mail:  jangell@earthjustice.org |
|  | GREGORY C. LOARIE<br>(Cal. Bar No. 2151859)<br>Earthjustice<br>426 17th Street, 6th Floor<br>Oakland, CA  94612<br>Tel:   (510) 550-6700<br>Fax:   (510) 550-6740<br>E-mal:  gloarie@earthjustice.org |
|  | *Counsel for Plaintiffs, The Wilderness Society, Bark; Center for Biological Diversity; Defenders of Wildlife; Great Old Broads for Wilderness; Klamath-Siskiyou Wildlands Center; National Parks Conservation Association; National Trust for Historic Preservation; Natural Resources Defense Council; Oregon Natural Desert Association; Sierra Club; Southern Utah Wilderness Alliance;* |

*Wilderness Society, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 JW
Stipulation and Proposed Order Continuing April 2, 2012 Status Conference                    1

*Western Resource Advocates; Western Watersheds Project; County of San Miguel, CO*

AMY R. ATWOOD
(Admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel:     (503) 283-5474
Fax:     (503) 283-5528
E-mail: atwood@biologicaldiversity.org

*Counsel for Plaintiffs, Center for Biological Diversity; The Wilderness Society; Klamath-Siskiyou Wildlands Center; and San Miguel County, Colorado*

FOR THE FEDERAL DEFENDANTS

DATED:  March 6, 2012

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

*/s/ David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:     (415) 744-6491
Fax:     (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

FOR THE INTERVENOR-DEFENDANTS

DATED:  March 6, 2012

*/s/ J. Michael Klise*
J. Michael Klise (*pro hac vice*)
Steven P. Quarles (D.C. Bar No. 351668)
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Fax:  (202) 628-5116
jmklise@crowell.com

Steven P. Rice (Cal. SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
(949) 263-8400
Fax:  (949) 263-8414

*Wilderness Society, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 JW
Stipulation and Proposed Order Continuing April 2, 2012 Status Conference                                          2

srice@crowell.com

*Counsel for Intervenor-Defendants Edison Electric Institute, American Public Power Association, National Rural Electric Cooperative Association, American Gas Association, Chamber of Commerce of the United States of America, and National Association of Manufacturers*

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  March 6, 2012              */s/ David B. Glazer*
                                   DAVID B. GLAZER
                                   Natural Resources Section
                                   Environment & Natural Resources Division
                                   United States Department of Justice
                                   301 Howard Street, Suite 1050
                                   San Francisco, California
                                   Tel:    (415) 744-6491
                                   Fax:    (415) 744-6476
                                   E-mail:  David.Glazer@usdoj.gov

*Wilderness Society, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 JW
Stipulation and Proposed Order Continuing April 2, 2012 Status Conference            3

[~~PROPOSED~~] ORDER

Upon consideration of the parties' stipulation to continue the April 2, 2012 status conference, good cause having been shown, it is hereby ORDERED that the status conference is continued to April 23, at 10:00 a.m., ~~or to~~ On or before April 13, 2012, the parties shall submit a joint statement updating the Court on the status of the settlement.

_____
JAMES WARE
United States District Chief Judge

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2012            /s/ David B. Glazer
                                DAVID B. GLAZER

*Wilderness Society, et al. v. U.S. Dep't of Interior*, No. 3:09-cv-03048 JW
Stipulation and Proposed Order Continuing April 2, 2012 Status Conference          5