IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al., | NO. C 09-03048 JW |
| Plaintiffs, | **ORDER VACATING STATUS CONFERENCE; SETTING HEARING ON ORDER TO SHOW CAUSE RE. SETTLEMENT; DENYING STIPULATION AS MOOT** |
| v. | |
| United States Dep't of Interior, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference re. Settlement on May 21, 2012. On May 11, 2012, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and duly submitted a Joint Status Report. (See Docket Item No. 68.) In their Joint Status Report, the parties inform the Court that Plaintiffs are still in the process of reviewing changes in the language of the Settlement Agreement required by the Department of Justice. (Id. at 1.)

The parties first informed the Court that they had reached a settlement in principle in this case in August of 2011. (See Docket Item No. 56.) In October of 2011 the parties informed the Court that they had jointly drafted a proposed Settlement Agreement, and requested an additional 60 days to obtain required approvals for the Agreement. (See Docket Item No. 58.) Since that time the parties have requested three additional continuances to finalize the language of the Settlement Agreement, and have had over six months to do so. (See Docket Item Nos. 60, 62 and 65.)

Upon review, the Court finds that the parties have been provided sufficient time to evaluate the Agreement. Thus, the Court will grant the parties one final continuance to finalize the Agreement. Accordingly, the Court VACATES the Status Conference. On or before **June 8, 2012**,

the parties shall file a Stipulated Dismissal and bring this 2009 case to a close. If no Stipulated Dismissal is on file by that date, the parties shall appear on **June 18, 2012 at 9 a.m.** for a hearing on an Order to Show Cause re. Settlement.[1]

Dated: May 16, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] In light of this Order, the Court DENIES as moot the Stipulation of the Parties and [Proposed] Order Continuing May 21, 2012 Status Conference, Docket Item No. 67.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated: May 16, 2012**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　**By:　　/s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　**William Noble**
　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**