IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Wilderness Soc'y, et al., | NO. C 09-03048 JW |
| Plaintiffs, <br> v. | **ORDER TAKING MOTION UNDER SUBMISSION** |
| United States Dep't of Interior, et al., | |
| Defendants. / | |

Presently before the Court is the parties' Joint Motion to Dismiss Case Pursuant to Fed. R. Civ. P. 41(a)(2). (hereafter, "Motion," Docket Item No. 77.) The Court finds it appropriate to take the Motion under submission without oral argument. See Civ. L.R. 7-1(b).

Accordingly, the Court VACATES the July 9 hearing on the Motion.[1]

Dated: July 6, 2012

JAMES WARE
United States District Chief Judge

---

[1] In light of this Order, the Court DENIES as moot the Stipulated Motion for Administrative Relief for Out-of-Town Counsel to Appear Telephonically at Hearing, Docket Item No. 80.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Rae Atwood atwood@biologicaldiversity.org
David Bernard Glazer david.glazer@usdoj.gov
Gregory C. Loarie gloarie@earthjustice.org
J. Michael Klise jmklise@crowell.com
James Stuart Angell jangell@earthjustice.org
Meredith L. Flax Meredith.Flax@usdoj.gov

**Dated: July 6, 2012**                                      **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                       **William Noble**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California